PS 8
(8/88)

FILED BY ube D.C.

# United States District Court
for
# Western District of Tennessee

05 JUN -1 PM 3: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. Nicholas Martin

Docket No. 04-20140-006-MI

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER **Jake N. Bookard, II** presenting an official report upon the conduct of **Defendant Nicholas Martin** who was placed under pretrial release supervision by the **Honorable Tu M. Pham** sitting in the court at **Memphis, TN on the 25th day of February, 2005** under the following conditions:

1. Report as directed by the Pretrial Services Office
2. Maintain or actively seek employment
3. Defendant is restricted in residence and travel to the Western District of Tennessee and the District of Maryland without prior approval of Pretrial Services
4. Refrain from possessing a firearm, destructive device, or other dangerous weapon
5. Refrain from any use or unlawful possession of a narcotic drug or other controlled substance
6. Submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance
7. Participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Please see the attached sheet**

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING THE DEFENDANT WITH VIOLATING THE CONDITIONS OF PRETRIAL RELEASE

BOND RECOMMENDATION: **NONE**

ORDER OF COURT

Considered and ordered this 1st day of June, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MAY 26, 2005

_____
U.S. Pretrial Services Officer

Place   Memphis, TN

U.S.A. vs. Nicholas Martin                               Docket No. 04-20140-006-MI

Defendant Nicholas Martin failed to report to U.S. Probation Officer Kenneth Langston in the District of Baltimore on the following dates: April 20, 2005, May 5, 2005, May 18, 2005, May 25, 2005, and May 26, 2005. After missing his scheduled office visit on May 25, 2005, Officer Langston instructed the defendant to report for supervision on May 26, 2005, to submit a urine specimen and his travel plans to attend his court date in Memphis, TN on May 27, 2005. **The above is in violation of the defendant's condition to report as directed by the Pretrial Services Office.**

Defendant Martin failed to submit proof of employment to Officer Langston for the months of April 2005 and May 2005. **This is in violation of the defendant's condition that he maintain or actively seek employment.**

Defendant Martin did not report to the U.S. Probation Office on May 26, 2005, for urinalysis testing as directed by Officer Langston. **This is in violation of the defendant's condition that he submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance.**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT