IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 28 PM 1:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>NICHOLAS MARTIN )<br>_____ )<br>)<br>_____ )<br>)<br>  Defendant(s). ) | Criminal No. 04-20140 Ml<br><br>(60-Day Continuance) |

**REPORT ON FUGITIVE STATUS AND RESETTING**

As indicated by the signature of counsel for the United States, through its Assistant United States Attorney, this case remains an active case and there are continuing efforts to locate the above-referenced fugitive defendant(s). A follow-up report on efforts to bring the above-referenced fugitive defendant(s) before the Court will be made on <u>Tuesday, December 20, 2005, at 10:30 a.m.</u>

SO ORDERED this 28th day of October, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-31-05

243

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 243 in case 2:04-CR-20140 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT